Mark A. Neubauer (SBN 73728)
mneubauer@carltonfields.com
Scott L. Menger (SBN 305877)
smenger@carltonfields.com
CARLTON FIELDS, LLP
2029 Century Park East, Suite 1200
Los Angeles, CA 90067-2913
Telephone: (310) 843-6300
Facsimile: (310) 843-6301

Attorneys for Defendant California Cryobank LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SILVIA GARCIA,

Plaintiffs,

vs.

CALIFORNIA CRYOBANK LLC, a California entity, d/b/a WWW.CRYOBANK.COM,

Defendant.

Case No.: 2:25-cv-07897-FMO (RAOx)

Assigned to Hon. Fernando M. Olguin

**DEFENDANT CALIFORNIA CRYOBANK LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS**

Date: October 30, 2025
Time: 10:00 a.m.
Courtroom.: 6D
350 W. 1st Street
Los Angeles, CA 90012

Complaint filed: July 22, 2025
Pretrial Conference: Not Set
Trial Date: Not Set

## REQUEST FOR JUDICIAL NOTICE

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendant California Cryobank LLC ("Defendant") respectfully requests that, in connection with its Motion to Dismiss the Complaint, the Court take judicial notice of the following website:

1. Defendant's Website at www.cryobank.com; and
2. Defendant's Privacy Policy on its website at www.cryobank.com/privacy-policy.
3. The list of 82 cases in the docket of this Court and the Los Angeles County Superior Court set forth in Exhibit 1 to this Request.

## DISCUSSION

The Court may judicially notice the Policy as a fact that is "not subject to reasonable dispute" because it "can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b)(2). It is appropriate for the Court to consider such a document when ruling on a motion to dismiss. *Tellabs, Inc. v. Makor Issues & Rts., Ltd*., 551 U.S. 308, 322 (2007) ("Courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine…in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice."). For the foregoing reasons, Defendant respectfully requests that this Court take judicial notice of Defendant's website and Defendant's Privacy Policy on that website. *See* Fed. R. Evid. 901(a) ("To satisfy the requirement of authenticating or identifying an item of evidence, the proponent must produce evidence sufficient to support a finding that the item is what the proponent claims it is.").

As to the other lawsuits by Plaintiff Garcia, a court may take judicial notice of a document filed in another court "not for the truth of the matters asserted in the

other litigation, but rather to establish the fact of such litigation and related filings.") (*Kramer v. Time Warner, Inc.* 937 F.2d 767, 774 (2d Cir.1991).

Dated: September 26, 2025

CARLTON FIELDS, LLP

By: /s/ Mark A. Neubauer
MARK A. NEUBAUER
Attorneys for Defendant CALIFORNIA CRYOBANK LLC