```
 1  Mark A. Neubauer (SBN 73728)
    mneubauer@carltonfields.com
 2  Scott L. Menger (SBN 305877)
    smenger@carltonfields.com
 3  CARLTON FIELDS, LLP
    2029 Century Park East, Suite 1200
 4  Los Angeles, CA 90067-2913
    Telephone: (310) 843-6300
 5  Facsimile:  (310) 843-6301
 6
 7  Attorneys for Defendant California Cryobank LLC
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA GARCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA CRYOBANK LLC, a California entity, d/b/a WWW.CRYOBANK.COM,<br><br>Defendant. | Case No.: 2:25-cv-07897-FMO (RAOx)<br><br>Assigned to Hon. Fernando M. Olguin<br><br>**NOTICE OF SETTLEMENT;<br>NOTICE OF TAKING MOTION OFF CALENDAR**<br><br>Hearing Date: October 30, 2025<br>Time: 10:00 a.m.<br>Dept.: Courtroom 6D<br>350 W. 1st Street<br>Los Angeles, CA 90012<br><br>Complaint filed: July 22, 2025<br>Pretrial Conference: Not Set<br>Trial Date: Not Set |

NOTICE OF SETTLEMENT; NOTICE OF TAKING MOTION OFF CALENDAR

141859636.2

TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Parties in the above-referenced matter have reached a settlement which will result in this matter being dismissed with prejudice upon the closing of the settlement.

PLEASE TAKE FURTHER NOTICE that, in light of the settlement, Defendant California Cryobank LLC hereby requests that its Motion to Dismiss, which was previously set for hearing on October 30, 2025, before the above-entitled Court be taken off calendar along with the Court's Scheduling Conference also scheduled for October 30, 2025.

Respectfully,

Dated: August 22, 2025          CARLTON FIELDS, LLP


By:  /s/ Mark A. Neubauer
     MARK A. NEUBAUER
Attorneys for Defendant CALIFORNIA CRYOBANK LLC